IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | No. CR 23-45 |
| --- | --- |
| Plaintiff, | |
| vs. | REQUEST FOR DETENTION REVIEW HEARING |
| REBECCA ROSE, | |
| Defendant. | |

COMES NOW the Defendant, through counsel, and pursuant to 18 USC § 3142(f), requests that the Court conduct a hearing to review her conditions of release. She is currently being detained pending trial.

Defendant's plan if released is to live with her father, who is a farmer near LaPorte City. She would participate in a dual diagnosis treatment program at the University of Iowa, having already been evaluated and recommended for that program. Her father would be responsible for making sure she attends court as required.

Counsel's summary review of the criminal history data available through Iowa Courts online appears to show no convictions or even arrests for crimes of violence. This coupled with the absence of violence associated with the offense charged in the Indictment (possession with intent to

distribute a controlled substance), indicates that release pending trial would not pose a substantial risk of danger to the community or any person.

WHEREFORE, Ms. Rose requests a hearing to review the order of detention and for entry of a new order releasing her pending trial.

*/s/ Mark Meyer*

MARK C. MEYER AT0005269
425 2nd Street SE, Suite 1250
Cedar Rapids, Iowa 52401
(319) 365-7529
legalmail@markcmeyer.com

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on 8/17/2023 upon all counsel of record

*/s/ Mark Meyer*