IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 23-CR-45 |
| vs. | ) | |
| REBECCA ANN ROSE, | ) | |
| Defendant. | ) | |

**UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESISTANCE TO DEFENDANT'S APPEAL OF PRETRIAL DETENTION ORDER**

Plaintiff, United States of America, respectfully requests that the Court enter an order extending the deadline for the government's resistance to defendant's Appeal of Pretrial Detention Order, filed at Docket 27. In support of this motion, the government states the following:

1. On June 28, 2023, a grand jury charged defendant with possession with intent to distribute 50 grams or more of actual (pure) methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). (Docket 3 at 1.)

2. After a detention hearing on September 27, 2023, the Honorable Mark A. Roberts ordered that defendant remain detained pending trial.

3. On October 13, 2023, defendant filed an appeal of Judge Roberts's detention order. (Docket 27.)

4. The undersigned attorney was not at the detention hearing. A transcript of the hearing has been ordered but is not yet available. The undersigned attorney would like to review the transcript of the hearing before responding to defendant's appeal.

5. The United States requests an extension of time to file its resistance to defendant's appeal, up to and including seven days from the date that the transcript of the detention hearing becomes available.

6. The undersigned has contacted defense counsel, who does not object to this motion.

WHEREFORE, the United States respectfully requests that the Court extend its deadline to respond to defendant's appeal, up to and including seven days after the transcript of the detention hearing becomes available to the parties.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: /s/ Devra T. Hake

DEVRA HAKE
Special Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (fax)
Devra.Hake@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on **October 17, 2023**, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ MAM