# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>vs.<br>REBECCA ROSE,<br>　　Defendant. | No. CR 22-45<br><br>MOTION TO EXTEND TIME FOR RESPONSE TO DRAFT PSIR<br><br>** NOT RESISTED** |

COMES NOW Defendant Rebecca Rose through counsel and requests that the deadline for filing her response to the draft PSIR, case document 40, filed on February 5, 2024, be extended. The current due date is February 19, 2024.

Ms. Rose requests that the deadline be extended to February 29, 2024.

This request is made because although Ms. Rose has received a copy of the draft PSIR, counsel has not yet had the opportunity to meet with Ms. Rose and go over it with her due to the press of other cases.

1

Finding time for a meeting is complicated by the fact that Defendant is detained pending sentencing at the Polk County Jail in Des Moines.

Counsel has conferred with the prosecutor about this request and the Court is advised the Defendant's motion for more time to respond is not resisted.

WHEREFORE, Defendant, through counsel, requests that the time to respond to the draft PSIR be extended to February 29, 2024.

Respectfully submitted,

*Mark Meyer*

MARK C. MEYER
425 2nd Street SE, Suite 1250
Cedar Rapids, IA 52401
319-365-7529
legalmail@markcmeyer.com

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

A copy of this document was served by ☐ mail, ☐ facsimile, ☐ hand-delivery ☒ electronic filing on this 2/19/2024 upon all counsel of record in this case.

*Mark Meyer*