Rebecca Rose   Reg# 69855-510
Federal Prison Camp
P.O. Box A
Alderson, WV  24910



The Honorable Judge Leonard T. Strand
Unites States Post office and Courthouse
111 7th Avenue S.E.
Cedar rapids, IA  52401

Re: Request for Appointment of Counsel
Pursuant to new USSC 2023 Retroactive Amendment 821

April 21, 2025

Dear Honorable Judge Strand,
   I am currently a federal inmate incarcerated at Alderson Federal Prison camp in Alderson, West Viriginia. I was originally appointed a Federal Public Defender ((Attorney Mark Meyer) during my case. It has come to my immediate attention that the United States sentencing Commission has made some sentence reduction changes in regards to "Status Points" and "Zero Point Offenders", retroactive to November 1, 2024. I understand that the Federal Public Defender's office has been utilized to help adults in custody seek relief due to these new guideline amendments.

   I would be exceedingly grateful if you would strongly consider re-appointing me a federal public defender to help me gain successful access and utilization of this new guideline to reduce my sentence. I am a mother of four minor children who need their mother back at home to help care and support them through life. Since I acquired this criminal charge while I was on probation with the state, I received status points that enhanced my sentence. Any sentence reduction that could help reduce my 90 month sentence and allow me to return back to my children, my father who now has new onset Alzheimers, as well as to my community to make ammends would be greatly appreciated.

   Thus, your help to insure that I can be appointed a federal public defender to help navigate the development and submission of the appropriate motion and documents for sentence reduction would be immensely helpful. Unfortunately it is difficult to determine one's eligibility for multiple avenues for sentence reductions including 18 USC 3582, so a public defender and paralegal would be most welcome. Thanks so much for all you do in service to others and in being a good role model for justice and equity for all.

Respectfully Submitted

Rebecca Rose      Reg # 69855-510
*/s/ Rebecca Rose*

Rebecca Rose
09855-510 B03
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

CHARLESTON WV 250
25 APR 2025 PM 3 L

1.25.25 BUP

<>69855-510<>
Federal Courthouse
Judge Leonard T. Strand
111 7TH AVE SE
Cedar Rapids, IA 52401
United States

52401-210199

XRAYED US MARSHAL'S SERVICE